IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DEBRA BREWSTER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:16-CV-00170-RP |
| CUSTOM DATA SYSTEMS, INC., WARDLAW CLAIMS SERVICE, LLC, WILLIAM F. WARDLAW, MICHAEL N. WARDLAW, *and* JEFFREY A. KEAHEY, | § § § § § § § | |
| Defendants. | § | |

### ORDER

Before the Court in the above-entitled action is an Agreed Motion to Dismiss, (Dkt. 82), brought by Plaintiff and Defendants. The parties state that they have resolved all disputes between them and request that all claims be dismissed with prejudice and that costs and attorney's fees be taxed to the party incurring the same.

Having reviewed the motion, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court **GRANTS** the motion and **ORDERS** that all claims be dismissed with prejudice.

**IT IS FURTHER ORDERED** that all costs, including attorney's fees, shall be taxed to the party incurring the same.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on December 12, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE